

33 Whitehall St., 17th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

Michael N. Pollack | mpollack@zlk.com

July 14, 2025

***VIA ECF***
The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom: 18C
New York, NY 10007

**Re*:*    Subject Matter Jurisdiction in *Christopher Hall v. Fantasia Trading* LLC et al., No. 1:25-cv-05505-MKV**

Dear Judge Vyskocil:

Pursuant to the Court's July 11, 2025 Order to Show Cause (ECF at 12), Plaintiff Hall ("Plaintiff") respectfully submits this letter addressing subject-matter jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).

CAFA confers jurisdiction where (i) the putative class exceeds 100 members, (ii) the aggregate amount in controversy exceeds $5 million, and (iii) "any member of a class of plaintiffs is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2)(A). The Complaint pleads the first two elements and alleges minimal diversity. To clarify that allegation, we provide the citizenship of each defendant's members below.

Upon information and belief and a public record search performed by counsel, the following is the citizenship of the sole member of Power Mobile Life LLC.

    • Member: Yang Meng – citizen of China.

With its sole member a citizen of China, Power Mobile Life LLC is a citizen of China. Furthermore, Power Mobile Life LLC has moved to remove on the basis that its sole member is a citizen of China. *Burkhartsmeier v. Power Mobile Life, LLC*, No. 2:24-CV-06617-SB-SK, 2024 WL 4433352, at *2 (C.D. Cal. Oct. 7, 2024) "Defendants also explained that diversity was complete because Plaintiff is a citizen of California and Defendants—[Power Mobile Life and two other limited liability companies] whose sole board member and director is a Chinese citizen—are citizens of China.

Upon information and belief and a public record search performed by counsel, the following is the citizenship of the Members of Fantasia Trading LLC.

    • Member 1: Yang Meng – citizen of China. *Id.*
    • Member 2: Li He – citizen of China.[1]

---

[1] Anker Innovations Tech. Co., Ltd., 2017 Annual Report, Announcement No. 2018-083 (July 26, 2018) (translated from Chinese via Google Translate), https://pdf.dfcfw.com/pdf/H2_AN201807261170547265_1.pdf at 35.

July 14, 2025

Accordingly, given that all of its members are citizens of China, Fantasia Trading LLC is a citizen of China.

Furthermore, Defendants are charged with knowledge of their own citizenship. *Bluemner v. Ergo Media Cap., LLC*, No. 2:15-CV-01392-MMM, 2015 WL 3533218, at *5 (C.D. Cal. June 4, 2015) (collecting cases); *see e.g., KDY, Inc. v. Hydroslotter Corp.*, No. 3:08-CV-4074, 2008 WL 4938281, at *4 (N.D. Cal. Nov. 17, 2008) (explaining that "courts surely can presume that a defendant is aware of various basic personal facts, including the location of one's citizenship.")

If the Court determines that Plaintiffs' present allegations do not sufficiently establish subject-matter jurisdiction, Plaintiffs respectfully request leave to amend under Federal Rule of Civil Procedure 15(a).

Very Truly Yours,

/s/ Michael N. Pollack
Michael N. Pollack